NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAN MATEO COUNTY SHERIFF'S OFFICE,**
*Plaintiff-Appellee*

**v.**

**RICARDO JOSE CALDERON LOPEZ,**
*Defendant-Appellant*

---

2024-2079

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-00066-EMC, Judge Edward M. Chen.

---

PER CURIAM.

**O R D E R**

Ricardo Jose Calderon Lopez brought suit against appellee in California state court and then sought to remove the case to federal court. On January 8, 2018, the United States District Court for the Northern District of California remanded the case to state court. Mr. Calderon Lopez appealed that decision to the United States Court of Appeals for the Ninth Circuit, which dismissed his appeal for lack of jurisdiction on February 28, 2018. On June 15, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a "01/18/2018" decision. ECF No. 1-2 at 1.

2    SAN MATEO COUNTY SHERIFF'S OFFICE v. CALDERON LOPEZ

We dismiss. To the extent Mr. Calderon Lopez seeks review of a decision of the Ninth Circuit, we lack jurisdiction. *See* 28 U.S.C. § 1295. To the extent Mr. Calderon Lopez instead seeks review of a ruling by the district court, we note that the district court's docket does not list a decision issued on January 18, 2018, and any appeal from the dismissal order would be untimely. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement."); 28 U.S.C. § 2107 (providing 30 days to file a notice of appeal); Fed. R. App. P. 4. Thus, we and any other court of appeals would lack jurisdiction over such an appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

July 30, 2024
Date

Jarrett B. Perlow
Clerk of Court